United States District Court
Southern District of Ohio
Eastern Division at Columbus, Ohio

United States of America

-vs-                                    Case No. 2:25-mj-91

Christopher Mcinturf

COURTROOM MINUTES
Initial Appearance

| U.S. Magistrate Judge Kimberly A. Jolson | | Date: February 21, 2025 @ 2:30 pm | |
|---|---|---|---|
| Deputy Clerk | Jessica Rector | Counsel for Govt: | Tyler Aagard |
| Court Reporter | CourtSmart | Counsel for Deft(s): | Soma Dutta |
| Interpreter | | Pretrial/Probation: | Tiara Turner |
| Log In | 2:43 pm | Log Out | 2:48 pm |

Defendant advised of rights, charges, and penalties.

Defendant requested, qualified for & will be appointed counsel.

Government's oral motion for detention hearing is granted.

Detention Hearing set for 2/26/25 @ 10:30 am.

Preliminary Hearing set for 3/6/25 @ 2:30 pm.

Government reminded of their obligation under the Due Process Protections Act.

Defendant remanded to USMS.